UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ferdinand Cornelius Baldwin            Docket No. 5:09-CR-102-1H

### Petition for Action on Supervised Release

COMES NOW John Seth Coleman, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ferdinand Cornelius Baldwin, who, upon an earlier plea of guilty to Possession With the Intent to Distribute 5 Grams or More of Cocaine Base (Crack) and a Quantity of MDMA (Ecstasy), in violation of 21 U.S.C. § 841(a)(1), and Possession of a Firearm in Furtherance of a Drug-Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on January 5, 2010, to the custody of the Bureau of Prisons for a term of 132 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On April 16, 2015, the defendant's term of imprisonment was reduced to 120 months, pursuant to 18 U.S.C. § 3582(c)(2). This reduction effective as of November 1, 2015. Ferdinand Cornelius Baldwin was released from custody on March 26, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
Due to a 2007 arrest for Second Degree Rape, which was subsequently dismissed in lieu of a plea agreement, we are requesting that the court modify the defendant's conditions of supervision to include a psycho-sexual evaluation, to determine if there is a need for treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,          I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith          /s/ John Seth Coleman
Eddie J. Smith          John Seth Coleman
Supervising U.S. Probation Officer          U.S. Probation Officer
         150 Rowan Street Suite 110
         Fayetteville, NC 28301
         Phone: 910-354-2545
         Executed On: April 13, 2018

### ORDER OF THE COURT

Considered and ordered this 16th day of April 2018, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge